UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SANDRA L. SHEILS,

        Plaintiff,                      Case No. 1:25-cv-11210

v.                                         Honorable Thomas L. Ludington
                                             United States District Judge
ULTIUM CELLS, L.L.C.,

                                             Honorable Patricia T. Morris
       Defendant.                  United States Magistrate Judge
_____/

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION**

On April 28, 2025, Plaintiff Sandra L. Sheils filed a *pro se* Complaint with the Court against Defendant Ulrium Cells L.L.C. under both federal and state statutes, alleging that she was constructively discharged after the Defendant refused to accommodate her disabilities. ECF No. 1 at PageID.4–5. The next day, the Court issued an order referring the matter to Magistrate Judge Patricia T. Morris. ECF No. 3.

On May 31, 2025, Plaintiff filed a Motion for Affirmation of Claims and Striking Defenses. ECF No. 8. On August 13, 2025, Judge Morris issued a report (R&R) recommending that the Court deny Plaintiff's Motion for Affirmation of Claims and Striking Defenses. ECF No. 13. Judge Morris found that the Defendant had met all its burdens under Federal Rule of Civil Procedure 8(b), that the Defendant's affirmative defenses were stated in short plain statements that gave the Plaintiff notice of what defenses were involved in the litigation, and that there is no prejudice in allowing Defendant's affirmative defenses to stand. *Id.* at PageID.101.

Judge Morris provided the Parties 14 days to object, *id.*, but the Parties did not do so. Thus, they have forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d

- 2 -

520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in Judge Morris's R&R.

Accordingly, it is **ORDERED** that Magistrate Judge Patricia T. Morris's Report and Recommendation, ECF No. 13, is **ADOPTED.**

Further, it is **ORDERED** that the Plaintiff's Motion for Affirmation of Claim and Striking Defenses, ECF No. 8, is **DENIED.**

Dated: September 10, 2025                         s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge